JODI LINKER
Acting Federal Public Defender
Northern District of California
GABRIELA BISCHOF
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:      (415) 436-7706
Email: Gabriela_Bischof@fd.org

Counsel for Defendant Giron

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALEX GIRON,<br><br>　　　　　Defendant. | No. CR 3:20-cr-00083-WHA (AGT)<br><br>**MOTION AND [PROPOSED] ORDER FOR TEMPORARY BOND MODIFICATION** |

　　　　Alex Giron was released on federal pretrial supervision on January 13, 2021. See Dckt. 10. One of the conditions of his bond is that he be subject to location monitoring, and must remain in his home from 9 p.m. to 6 a.m. Mr. Giron has been in compliance with his conditions of release for nearly 24 months and remains employed. He is scheduled to surrender to serve a 4-month sentence on January 12, 2023. Mr. Giron would like to spend Christmas with his wife, son, and son's godmother and her family in the Bay Area.

1  Undersigned counsel has conferred with Pretrial Services and the government on this issue.
2  Pretrial Services responded that the office has a policy that they do not allow overnight travel while
3  clients are on location monitoring and in combination with Mr. Giron's pending surrender, opposes the
4  overnight travel. The government joins Pretrial Services position.
5  While undersigned counsel understands that blanket policies may improve the perception of
6  fairness among supervisees, Pretrial and the government's position presents practical problems and little
7  perceptible benefit to public safety. Mr. Giron's home is in Los Angeles County and if the Court does
8  not approve the travel, Mr. Giron will be unable to spend Christmas with those closest to him. Mr. Giron
9  has demonstrated his ability to comply with the terms of supervision over the last two years, including
10 overnight trips which occurred either before Pretrial instituted its policy or were permitted as an
11 oversight. *See* Dkt 39, 46. He completed those trips without incident.
12 Accordingly, Mr. Giron respectfully requests that the Court modify the condition requiring home
13 confinement to allow him to leave his home in the Central District of California on Friday, December
14 23, 2022, travel to the Northern District of California, and return on Sunday, December 26, 2022. He
15 will provide a detailed itinerary to Pretrial Services and abide by all other conditions of his release.
16 //
17 //
18 //

Mr. Giron requests that the Court order as follows:

    1)      Mr. Giron may leave his home in the Central District of California on Friday, December 23, 2022, travel to the Northern District of California, and return on Sunday, December 26, 2022.

    2)      All other conditions of supervision shall remain the same.

**Respectfully submitted,**

Dated: December 20, 2022

/s/
JODI LINKER
Acting Federal Public Defender
Northern District of California
GABRIELA BISCHOF
Assistant Federal Public Defender

**IT IS SO ORDERED.**

Dated

ALEX G. TSE
United States Magistrate Judge